SUSAN WALDEN, Appellant, v. HENRY W. WALDEN, Respondent, et al., Defendants.—

Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

ELADIO POWER, Respondent, v. MAX GROBER, Doing Business under the Name of VARIETY UNDERGARMENT CO., Appellant.—

No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH CULLEN, Appellant.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

MICHAEL N. CAVALLIOTIS, Doing Business as AEGEAN TRADING COMPANY, Respondent, v. COMMERCIAL BANK OF GREECE, Appellant.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

IRENE DUBENSKY, Respondent, v. LEO DUBENSKY, Appellant.—

Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

In the Matter of EDWARD A. VAN VALKENBURGH, Appellant, against CHEMISTS' CLUB, Respondent.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

In the Matter of PATRICK LYNCH et al., Appellants, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.

In the Matter of BERNARD ROSENBLATT et al., Appellants, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— No opinion. Concur — Breitel, J. P., Bastow, Botein, Rabin and Bergan, JJ.